[No. 31115-1-II. Division Two. February 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY LEE BRUNER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01280-2, Roger A. Bennett, J., entered November 18, 2003. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, J.; Quinn-Brintnall, C.J., concurring in the result only.

[No. 31123-2-II. Division Two. February 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES HOWARD ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 00-1-00114-8, Thomas J. Majhan, J., entered November 12, 2003. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton and Van Deren, JJ.

[No. 31235-2-II. Division Two. February 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. PEKKALA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-00504-1, Edwin L. Poyfair, J., entered December 16, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, A.C.J., and Armstrong, J.

[No. 31279-4-II. Division Two. February 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CHASE CODY MICHAELS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01676-6, Thomas P. Larkin, J., entered December 30, 2003. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.